# ELECTRONIC RECORD

**819-15**

COA # 05-14-00724-CR     OFFENSE: 22.02

STYLE: Robert Joe Kimble v. The State of Texas     COUNTY: Dallas

COA DISPOSITION: AFFIRMED     TRIAL COURT: 283rd Judicial District Court

DATE: 05/28/15     Publish: NO     TC CASE #: F-1355104-T

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Joe Kimble v. The State of Texas     CCA #: **819-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: _11/04/2015_     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD